FILED

January 2, 2020

2020 JAN -6 AM 11:48

Randall Aaron Morton
23986 Aliso Creek Rd., Ste. 518
Laguna Niguel, CA 92677
949-690-2794
ProPer

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

SACR20-00004 -JVS

In the United States District Court for the Central District of California
Southern Division

Case No. 19WM16137
EX PARTE
Change of Venue and removal
from Orange county
Syperior Court

The People of the State of California
Plaintiff
vs.
Randall Aaron Morton
Defendant

## JURISDICTION

United States Constitution Section I Section V and Section XIV for which effects not only Defendant but every man, woman and child within this District. F.R. of Criminal Procedure Rule 18 and 21, U.S. Constitution Art. V1.

## QUESTIONS PRESENTED

1. Is the State Bar of California a union?

    If the State Bar of California is a union in 2019 the United States Supreme Court <u>Friedrichs vs. California Teachers Association ETA 578 U.S. (2016)</u> One does not have to join a union, <u>Janus vs AFSCME 585 U.S. (2018)</u>, one does not have to put agency fees to a union.

2. Is the Practice of Law a Common Right?

    When the Founding Fathers wrote the Declaration of Independence in 1776, the Judiciary Act of 1789, the Bill of Rights of 1791 that would later put truth into the Constitution of the United States along with post-Civil War Legislation to wit 28 U.S.C. Section 2242 (Exhibit A).

1

3. Is knowledge a property right?

   In 1791 our Founding Fathers and in 1795 the United States Supreme Court in the case of <u>Van Hornes Lessee vs. Dorrance (1795) 2 Dall 304 at p. 310 (Exhibit B).</u>

4. In order to charge one with the unauthorized Practice of Law, one is required to speak. Free speech is Amendment I of the United States Constitution, which allows one to speak and Amendment I says that speech cannot be abridged.

5. Is the State Bar of California in violation of the Sherman Act 15 U.S.C. Section 1 Ex. SRQ.?

   If a statute is contrary for the laws of the United States Constitution and State Law and State Constitution, the Supremacy Clause of the United States Constitution must prevail. U.S. Const. Sect. VI and a Defendant in a criminal trial cannot be tried with the United States Supreme Court in the following decisions:

   Three United States Supreme Court cases apply here to Defendant RANDALL AARON MORTON, the most recent being North Carolina State Board of Dental Examiners vs. FTC (2015), opinion of the court in the FTC opinion that was upheld on appeal that the State of North Carolina Dental Examiner Actions constituted an anti-competitive and unfair method of competition on pg. 5. It so happens that Defendant graduated from an ABA (American Bar Association Legal Assisting School) with an A.A. degree in Legal Assisting to wit Saddleback Community College. In addition, defendant has been apprenticing continuously since 1984 under an attorney, a member of the California BAR.

   The second case is <u>California Retailer Liquor Association vs. Midcar Aluminum, Inc. 445 U.S. 97 (1980) 105.</u> A non-sovereign actor controlled by active market participants, such as the Board, enjoys Parker immunity only if it satisfies two requirements: "First that the challenged restraint be one clearly articulated and affirmatively expressed as state policy, and second that the policy be actively supervised by the State." <u>Goldfarb vs. Virginia State Bar U.S. 773, 791 (1975)</u> ("The fact that the State Bar is a state agency for some limited purposes does not create an antitrust shield that allows it to foster anticompetitive practices for the benefit of its members"). Immunity for state agencies, therefore, requires more than a mere façade of State involvement, for it is necessary in light of **.

Defendant has a right and possesses all rights granted by the United States Constitution. Neither the State nor Federal Government is free to prosecute defendant for the exercise of his right. The United States Supreme Court said it most poignantly:

"Penalizing those who chose to exercise constitutional rights would be patently unconstitutional, <u>United States vs. Jackson 390 U.S. 570 (1968) U.S. Constitution 570 at p. 581.</u> A court is "without right to put a price on an appeal, a defendant's exercise of his right of appeal must be free and unfettered."

<u>North Carolina vs. Pearce 395 U.S. 711 at p. 724.</u> Because of the numerous violations this case represents and the millions of citizens that are affected, this case needs to be heard in the U.S. District Court. Wherefore defendant prays that this court grant a Change of Venue from Orange County Superior Court to the U.S. District Court for the Central District.

Date:

*[signature]*

Respectfully Submitted

Randall Aaron Morton, ProPer

MEMORANDUM OF POINTS AND AUTHORITIES

### 28 U.S.C. Sect. 1407 Consolidation

"Government purpose to control or prevent activities constitutionality subject to state regulation may not be achieved by means which sweep unnecessarily broadly and thereby invade the area of protected freedoms."

### NAACP vs. Alabama (1964) 377 US. 288 at p. 308.

"For the purpose of determining whether a state statue is too vague and indefinite to constitute valid legislation we must take the statue as though it read precisely as the highest court of the state has interpreted it."

### Wainwright vs. Stone (1973) 414 U.S. 21 at p. 22-23.

The law must be shown "necessary" and not merely rationally related to the accomplishment of a permissible state policy.

### McCaughlin vs. Florida, 379 U.S. 184 at p. 196.

Constitution of the United States.

Article IV. The States and the Federal Government. Section 2.

Citizens of the States. The citizens of each state shall be entitled to all privileges and immunities of citizens in the several states.

California Constitution.

Article I. Declaration of Rights. Section 7(b)

A Citizen or class of citizens may not be granted privileges or immunities not granted on the same terms to all citizens. Privileges or immunities granted by the legislature may be altered or revoked. Also, this court concluded most emphatically in Barbier vs. Connolly, 113 U.S. 27 (1885).

Constitution of the United States.

Article VI Clause 2. Supreme Law of the Land.

This Constitution and the Laws of the United States which shall be made is pursuance thereof; and all treaties made or which shall be made under the authority of the United States, shall become Supreme Law of the Land; and

the judges in every State shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

California Constitution.

Article I Declaration of Rights.  Article III Section I.

The State of California is an inseparable part of the United States of America, and the United States Constitution is the Supreme Law of the Land.  (New section adopted November 7, 1972.)  Supreme Court of Virginia vs. Friedman 487 U.S. 59 (1988).

B&P Code Sect. 6126(a) is also a violation of Amendment I of the United States Constitution to wit the following:

Restrictions on Powers of Congress.  Section I.

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof, or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.  Proposed September 25, 1789, ratified December 15, 1791.

California Constitution.

Article I.  Declaration of Rights.  Section 2(a).

Every person may freely speak, write and publish his or her sentiments on all subjects, being responsible for the abuse of this right.  A law may not restrain or abridge liberty of speech or press.

Van Horne.  If defendant has property right under Lesser vs. Dorrance (1795) which the Supreme Court has not reversed. Defendant has a constitutional right under both the U.S. Federal Constitution and the State of California and under the supreme clause Art. VI sect. 2 and the California Constitution Article I Sect. 24 reads in pertinent part, rights guaranteed by this Constitution are not dependent on thus guaranteed by the United States Constitution.  How can defendant by virtue of exercising and participating in these rights runs afoul or the authorities practice of law B&P Sect. 6126(a) it is not possible to do so.  Defendant Randall Aaron Morton would have to relinquish both State and Federal Constitutional rights, defendant has done so.

5

Amendment V.  Criminal Proceedings and Condemnation of Property. Section I.

No person shall be held to answer for a capital or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces or in the militia when in actual service in time of war or public danger.  Nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law.  Nor shall private property be taken for pubic use, without just compensation.

Amendment XIV. Citizenship, Representation, and Payment of Public Debt. Section I.

All persons born or naturalized in the United States, and subject to that jurisdiction thereof, are citizens of the United States and of the State wherein they reside.  No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person with its jurisdiction the equal protection of the laws.

# 2 § U.S. Code § 2242. Application

U.S. Code    Notes

Application for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf.

It shall allege the facts concerning the applicant's commitment or detention, the name of the person who has custody over him and by virtue of what claim or authority, if known.

It may be amended or supplemented as provided in the rules of procedure applicable to civil actions.

If addressed to the Supreme Court, a justice thereof or a circuit judge it shall state the reasons for not making application to the district court of the district in which the applicant is held.

(June 25, 1948, ch. 646, 62 Stat. 965.)

EXHIBIT A

The term 'property' means 'that dominion which one main claims and exercises over the external things of the world, in exclusion of every other individual.' But in its larger and more just meaning, it embraces everything to which a man may attach a value and have a right; and which leaves to every one else the like advantage. In the former sense, a man's land, or merchandise, or money is called his property. In the latter sense, a man has property in his opinions and a free communication of them. He has a property of peculiar value in his religious opinions, and in the profession and practice dictated by them. He has property dear to him in the safety and liberty of his person. He has equal property in the free use of his faculties and free choice of the objects on which to employ them. In a word, as a man is said to have a right to his property, he may be equally said to have a property in his rights . . . If there be a government said to have a property in his rights . . . If there be a government then which prides itself on maintaining the inviolability of property, which provides that none shall be taken directly even for public use without indemnification to the owner, and yet directly violates the property which individuals have in their opinions, their religion, their person and their faculties, any more which directly violates their property in their actual possessions, in the labor that acquires their daily subsistence, and in the hallowed remnant of time which ought to relieve their fatigues and soothe their cares, the inference will have been anticipated that such a government is not a pattern for the United States. If the United States mean to obtain or deserve the full praise due to wise and just governments they will equally respect the rights of property and the property in rights.
VAN HORNE'S LESSEE VS. DORRANCE, (1795) 2 DALL 304 at p. 310.

EXHIBIT B

**VERIFICATION (C.C.P. 446 AND 2015.5)**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I have read the foregoing _____

_____ and know its
contents.

☐ **CHECK APPLICABLE PARAGRAPHS**

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

☐ I am ☐ an officer ☐ a partner _____ ☐ a _____ of _____

a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.

☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.
☐ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.
☐ I am one of the attorneys for _____, a
party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on (date) _____, at _____, California.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____        _____
Type or Print Name                    Signature

**PROOF OF SERVICE**
CCP 1013a(3) Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF ORANGE
I am employed in the County of ORANGE, State of California. I am over the age of 18 and not a party to the within action; my business address is 23986 ALISO CREEK RD. Suite 518
On (date) 1-3-2020, **I served the foregoing document described as EXPARTE Change of VENUE
on _____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list
☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

Todd Spitzer
Orange County District Attorney
401 Civic Center Dr. West
SA

☒ **BY MAIL**
☐ *I deposited such envelope in the mail at Laguna Niguel, California.
The envelope was mailed with postage thereon fully prepaid.
☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid at _____, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on (date) _____, at _____, California.
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

ROSS MASSBAUM            Ross Massbaum
Type or Print Name          Signature

*(BY MAIL, SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)
**FOR PERSONAL SERVICE, SIGNATURE MUST BE THAT OF MESSENGER)

987 (R1/88)

Reference Court Cases:

1. NAACP v. Button (371 U.S. 415); United Mineworkers of America v. Gibbs (383 U.S. 7(5); and Johnson v. Avery 89 S. Ct. 747 (1969). Members of groups who are competent non-lawyers can assist other members of the group achieve the goals of the group in court without being charged with "unauthorized practice of law."

2. Brotherhood of Trainmen v. Virginia ex rel. Virginia State Bar (377 U.S. 1); 1964 Gideon v. Wainwright 372 U.S. 335; Argersinger v. Hamlin, Sheriff 407 U.S. 425. Litigant may be assisted by unlicensed layman during judicial proceedings.

3. Howlett v. Rose, 496 U.S. 356 (1990) Federal Law and Supreme Court cases apply to State Court Cases.

4. Federal Rules Civil Proc., Rule 17, 28 U.S.C.A. "Next Friend" A next friend is a person who represents someone who is unable to tend to his or her own interest.

5. Warnock v. Pecos County, Tex, 88 F3d 341 (5th Circulate. 1996) Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law.

6. "The practice of law cannot be licensed by any state/State, Schware v. Board of Examiners, United States Reports 353 U.S. progress. 238, 239. In Sims v. Aharns, 271 S.W. 720 (1926) "the practice of law is an occupation of common right." A bar card is not a license, it's a dues card and/or membership card. A bar association is what it is, a club. An association is not a license, it has a certificate through the State, the two are not the same."

Dated this day of Month, year.

_____
Attorney Name

DEFENDANT'S NAME - 4

EXHIBIT A



**OFFICE OF THE**
# DISTRICT ATTORNEY
ORANGE COUNTY, CALIFORNIA

**TODD SPITZER, DISTRICT ATTORNEY**

SEPTEMBER 18, 2019

RANDALL AARON MORTON
29881 WEATHERWOOD
LAGUNA NIGUEL, CA 92677

## NOTICE OF COMPLAINT FILED

A complaint was filed in the West Justice Center charging that on or about 01-01-2019 you committed a violation of section(s)

6126(a) BP UNAUTHORIZED PRACTICE OF LAW
529(a)(3) PC FALSE IMPERSONATION VICTIM LIABLE TO SUIT OR PROSECUTION - MISDEMEANOR

To enter a plea of guilty or not guilty of said charges, you are hereby notified to appear on 10-16-2019 at 08:30 AM, in below:

**WEST JUSTICE CENTER**
**8141 13TH STREET**
**WESTMINSTER, CA 92683**
**(714) 896-7261**

If you failed to appear at said time and place, a warrant may be issued for your arrest.

TODD SPITZER, DISTRICT ATTORNEY
COUNTY OF ORANGE, STATE OF CALIFORNIA

RE: 19W11867

Exhibit B

```
SUPERIOR COURT OF CALIFORNIA                ELECTRONICALLY FILED
COUNTY OF ORANGE, WEST JUSTICE CENTER       SUPERIOR COURT OF CALIFORNIA
                                                COUNTY OF ORANGE

                                                  09/19/2019
                                                  10:50 AM

                                            DAVID H. YAMASAKI, Clerk of the Court
                                                   19WM16137


THE PEOPLE OF THE STATE OF CALIFORNIA,  )   COMPLAINT
                                        )
                          Plaintiff,    )
                                        )
                                        )
                vs.                     )   No.
                                        )   OCDA SA 19-103
RANDALL AARON MORTON     09/10/51       )   GARDEN GROVE
  N9812514                              )
                                        )
                          Defendant(s)  )
```

The Orange County District Attorney charges that in Orange County, California, the law was violated as follows:

COUNT 1: On or about and between January 01, 2019 and February 08, 2019, in violation of Section 6126(a) of the Business and Professions Code (UNAUTHORIZED PRACTICE OF LAW), a MISDEMEANOR, RANDALL AARON MORTON did unlawfully advertise and hold himself/herself out as practicing or entitled to practice law and otherwise practice law when not an active member of the State Bar of California.

COUNT 2: On or about and between January 01, 2019 and February 08, 2019, in violation of Section 529(a)(3) of the Penal Code (FALSE PERSONATION), a MISDEMEANOR, RANDALL AARON MORTON did falsely and unlawfully personate RANDALL M. in a private and official capacity, and in this assumed character did an act whereby, if done by the person falsely personated, might make that person liable to suit, prosecution, payment of money, charges, forfeitures, and penalties, and whereby benefit might accrue to the defendant and to another person.

/
/
/

*MISDEMEANOR COMPLAINT E-FILED (DA CASE# 19W11867) 10-16-2019*
*OC DNA NOT ON FILE: RANDALL MORTON*

Exhibit C

RANDALL AARON MORTON OCDA SA 19-103 PAGE 2

I declare under penalty of perjury, on information and belief, that the foregoing is true and correct.

Dated 09-19-2019 at Orange County, California.
    LN/RF 19W11867

TODD SPITZER, DISTRICT ATTORNEY

by: /s/ LAILA NIKAIEN
LAILA NIKAIEN, Deputy District Attorney

RESTITUTION CLAIMED

[ ] None
[ ] $_____
[X] To be determined

NOTICES:

The People request that defendant and counsel disclose, within 15 days, all of the materials and information described in Penal Code section 1054.3, and continue to provide any later-acquired materials and information subject to disclosure, and without further request or order.

Pursuant to Welfare & Institutions Code §827 and California Rule of Court 5.552, notice is hereby given that the People will seek a court order to disseminate the juvenile case file of the defendant/minor, if any exists, to all parties in this action, through their respective attorneys of record, in the prosecution of this case.